SILENT HOIST & CRANE CO., INC. v. DIRECTOR,
DIVISION OF TAXATION.

v.

June 19, 1984.

Petition for certification granted.

VELMA MCCLAIN v. COLLEGE HOSPITAL AND STATE BOARD
OF MEDICAL EXAMINERS.

June 19, 1984.

Leave to appeal granted.

RICHARD SHEFFIELD v. FORD MOTOR COMPANY, INC.

June 26, 1984.

The Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

STATE OF NEW JERSEY v. DONALD R. CONWAY.

July 2, 1984.

Petition for certification denied.   (See 193 *N.J.Super.* 133)